**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

13 MAR 19  AM 10: 31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLANCA ANGELICA TREJO (2),<br><br>Defendant. | CASE NO. 13CR0469-L<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_  the Court has dismissed the case for unnecessary delay; or

XX   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

XX  of the offense(s) as charged in the Indictment:

21:952 AND 960 - IMPORTATION OF MARIJUANA

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 18, 2013

_____
M. James Lorenz
U.S. District Judge